**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIS LAVELL MANUEL,        ) | NO. CV 17-6333-AB(E) |
| Petitioner,                 ) | |
| v.                          ) | JUDGMENT |
| WARDEN J. SUTTON,           ) | |
| Respondent.                 ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is denied and dismissed with prejudice.

DATED: March 6, 2018

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE